

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                                                                                                                                         |     |                                      |
| ------------------------------------------------------------------------------------------------------------------------------------------------------- | --- | ------------------------------------ |
| THE RAYMOND CORPORATION,                                                                                                                                 | §   | No. 08-22-00097-CV                   |
|                                                                                                                                                         | §   | Appeal from the                      |
| Appellant,                                                                                                                                              | §   | 120th District Court                 |
| v.                                                                                                                                                      | §   | of El Paso County, Texas             |
| GUILLERMINA RUBIO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LORENZO RUBIO SR., DECEASED; LORENZO RUBIO JR., LILIANA RUBIO, AND ELIZABETH RUBIO,       | §   | (TC# 2021DCV3930)                    |
|                                                                                                                                                         | §   |                                      |
|                                                                                                                                                         | §   |                                      |
| Appellees.                                                                                                                                              | §   |                                      |
|                                                                                                                                                         | §   |                                      |

**O R D E R**

On our own motion, and pursuant to TEX.R.APP.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. Accordingly, the Court vacates the oral argument setting of September 15, 2022, at 11:00 a.m., and this cause will be submitted **without** oral argument on that same date.

IT IS SO ORDERED this 1st day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.